```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
Carlos Meneses,                     :
                                    :   05 CV 10625 (BSJ)
                 Plaintiff,         :
                                    :   ORDER
           v.                       :
                                    :
The Long Island Railroad Company,   :
                                    :
                 Defendant.         :
------------------------------------X
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Counsel for plaintiff is ordered to copy counsel for defendant on all future correspondence with the Court.

**SO ORDERED:**

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         September 15, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/09